No. 97–7985. DEBLASE *v.* ROTH, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7986. FLANAGAN *v.* NEVADA; and
No. 97–8014. MOORE *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. Reported below: 112 Nev. 1409, 930 P. 2d 691.

No. 97–7988. HAYNES *v.* KEPKA ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–7989. EVANS *v.* HARTWIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–7990. HAWKINS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–7993. CHANDLER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8002. TAPIA *v.* HENIGMAN. C. A. 10th Cir. Certiorari denied.

No. 97–8007. JACKSON *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–8013. MOORE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8023. BAZE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–8029. MASON-NEUBARTH *v.* DAMERON HOSPITAL ASSN. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–8031. KALUNA *v.* KANESHIRO, DIRECTOR, HAWAII DEPARTMENT OF PUBLIC SAFETY. C. A. 9th Cir. Certiorari denied.

No. 97–8032. WHEATLEY *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 97–8033. BLAND *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–8035. SPARKMAN *v.* TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.